# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

NICHOLAS DICENSO, on behalf )
of himself and on behalf of all )
others similarly situated, )
        )
        Plaintiff, )    Case No. CIV-24-11-D
        )
v. )
        )
INTEGRIS HEALTH, INC., )
        )
        Defendant. )

## ORDER OF DISMISSAL

Before the Court is a Stipulation of Dismissal Without Prejudice [Doc No. 24], in which the parties stipulate that this action should be dismissed without prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(ii).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney fees and costs.

**IT IS SO ORDERED** this 8th day of March, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge